IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| DATASCI, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No. 8:08-cv-01679-MJG |
| | ) |
| QUINTILES TRANSNATIONAL CORP., | ) |
| and QUINTILES INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION OF DISMISSAL

Plaintiff Datasci, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to the dismissal with prejudice of its claims in this action.

Defendants Quintiles Transnational Corp. and Quintiles Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(c), hereby stipulate to the dismissal without prejudice of their counterclaims in this action.

The parties have entered into a Settlement Agreement pursuant to which they have agreed that the United States District Court for the District of Maryland retains jurisdiction over the enforcement of any disputes or other matters arising out of or in connection with the Settlement Agreement.

All parties are to bear their own costs and expenses.

Dated: October 9, 2009

| | |
|---|---|
| */s/ Kevin M. Bell*<br>Kevin M. Bell (Maryland Bar No. 14382)<br>PATTON BOGGS LLP<br>8484 Westpark Drive<br>McClean, VA 22102<br>Telephone: (703) 744-8000<br>Facsimile: (703) 744-8001<br>E-mail: KBell@PattonBoggs.com<br><br>Richard J. Oparil<br>PATTON BOGGS LLP<br>2550 M Street, NW<br>Washington, DC 20037-1350<br>Email: ROparil@PattonBoggs.com<br><br>Gerard P. Martin<br>ROSENBERG MARTIN FUNK<br>    GREENBERG LLP<br>25 S. Charles Street, Suite 2115<br>Baltimore, MD 21201-3305<br>Email: gmartin@rosenbergmartin.com<br><br>*Attorneys for Datasci, LLC* | */s/ Geoffrey K. Gavin*<br>Mitch Stockwell<br>Geoffrey K. Gavin<br>KILPATRICK STOCKTON LLP<br>1100 Peachtree Street<br>Atlanta, GA 30309<br>Telephone: (404) 815-6500<br>Facsimile: (404) 815-6555<br>E-mail: MStockwell@KilpatrickStockton.com<br>E-mail: GGavin@KilpatrickStockton.com<br><br>James P. Ulwick, Esq.<br>KRAMON & GRAHAM, P.A.<br>One South Street, Suite 2600<br>Baltimore, Maryland 21202-3201<br>Telephone:  410-752-6030<br>Facsimile:  410-539-1269<br>Email:  julwick@kg-law.com<br><br>*Attorney for Defendants Quintiles Transnational Corp. and Quintiles Inc.* |

US2008 773762.1

## CERTIFICATE OF SERVICE

I herby certify that all counsel of record who have consented to electronic service are being served as required by Fed. R. Civ. P. 5(a) with a copy of this document via the Court's CM/ECF system per Local Rule 102(1)(c) on this the 9th day of October 2009.

<em>/s/ Geoffrey K. Gavin</em>